JUL 21 2008

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| GURU DENIM, INC., | ) CV07-7285-AHM (PLAx) |
|---|---|
| Plaintiff(s), | ) ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE |
| v. | ) |
| "lightingguy 1988," *et al.*, | ) |
| Defendant(s). | ) |

On June 5, 2008, the Court ordered plaintiff to show cause in writing, no later than June 16, 2008, why the above-entitled action should not be dismissed as to all remaining defendants for lack of prosecution.

On June 16, 2008, plaintiff file its Response to OSC re Dismissal for Lack of Prosecution wherein they requested "that this Court forego an entry of dismissal in this case and allow Plaintiff a period of thirty (30) days to either submit a proof of service of Defendant or a voluntary dismissal." To date, plaintiff has not filed either document.

///
///
///

1

1  Accordingly, good cause appearing therefor, the Court hereby DISMISSES
2  this action pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute
3  and failure to obey an order of this Court. The Clerk of the Court is directed to close
4  the file.

5  IT IS SO ORDERED.
6  Dated: July 21, 2008

A. HOWARD MATZ
United States District Judge